UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYLOCKER.COM, LLC d/b/a
CustomCat,

     Plaintiff,

v.

GEAR BUBBLE TECH, INC., and
BERGIO INTERNATIONAL, INC.,

     Defendants.

Case No. 25-cv-12672

Hon. Linda V. Parker

---

### **OPINON AND ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS GEAR BUBBLE TECH, INC. AND BERGIO INTERNATIONAL, INC.**

On August 25, 2025, Plaintiff MyLocker.com, LLC, d/b/a CustomCat ("MyLocker"), filed this lawsuit against Defendants Gear Bubble Tech, Inc. ("GearBubble") and Bergio International, Inc. ("Bergio") (collectively "Defendants"). (ECF No. 1.) The lawsuit arises from a contract between MyLocker and GearBubble, whereby Gearbubble agreed to pay for print-on-demand services by MyLocker. MyLocker claims Gearbubble failed to pay for services invoiced, and that Gearbubble has since been purchased by Bergio, resulting in Bergio becoming liable for the amounts due.

MyLocker served Gearbubble's resident agent with a summons and copy of the Complaint on September 4, 2025. (ECF No. 5.) MyLocker served

Bergio's resident agent with a summons and a copy of the Complaint on November 13, 2025.  (ECF No. 8.)  Defendants have not responded to the Complaint or otherwise appeared in this action.  Therefore, MyLocker has requested and obtained clerk's entries of default against them (ECF Nos. 7, 10) and now seeks a default judgment (ECF No. 11).  According to MyLocker's invoices and the terms governing the parties' contract, Defendants owe at least $127,000.48, as well as attorneys' fees and costs of $7,187.00.

The Court has reviewed MyLocker's motion and supporting brief and evidence, and concludes that it is entitled to a default judgment.

Accordingly,

**IT IS ORDERED** that MyLocker's motion for entry of default judgment against GearBubble and Bergio is **GRANTED** pursuant to Federal Rule of Civil Procedure 55(b).

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 27, 2026